UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- X
                                                     :

ARMANDO MARTINEZ TURIJAN &amp;        :
VERONICA MARTINEZ,                :
                                                     :

                       Plaintiffs,    :               26-CV-2375 (VSB)
                                                     :

                      -against-          :                 **ORDER**
                                                     :

U.S. DEPARTMENT OF JUSTICE, *et al.*,     :

                       Defendants.   :
                                                     :
--------------------------------------------------------------- X

<u>VERNON S. BRODERICK, United States District Judge</u>:

       Plaintiffs filed this action on March 27, 2026.  (Doc. 5.)  On July 9, 2026, Magistrate Judge Gary Stein issued an order to show cause by July 16, 2026 why this case should not be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m), as service had not been effectuated and it had been more than 90 days since the complaint was filed.  (Doc. 14; *see also* Fed. R. Civ. P. 4(m) ("If a defendant is not served within 90 days after the complaint is filed, the court-on motion or on its own after notice to the plaintiff-must dismiss the action without prejudice against that defendant or order that service be made within a specified time.").)  Plaintiffs failed to file any letter in response.  Plaintiffs will have one more week, until July 29, 2026, to demonstrate good cause as to why the complaint should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m).  "Good cause is generally found only in exceptional circumstances where the plaintiff's failure to serve process in a timely manner was the result of circumstances beyond its control." *E. Refractories Co. v. Forty Eight Insulations, Inc.*, 187 F.R.D. 503, 505 (S.D.N.Y. 1999) (internal quotation marks omitted).  Plaintiffs are warned that failure to submit a letter and to demonstrate good cause for failure to serve will result in dismissal of this action.

SO ORDERED.

Dated:        July 22, 2026
              New York, New York

Vernon S. Broderick
United States District Judge