UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                    :
ARMANDO MARTINEZ TURIJAN &                          :
VERONICA MARTINEZ                                   :
                                                    :
                            Plaintiffs,             :           26-CV-2375 (VSB)
                                                    :
                -against-                           :           **ORDER**
                                                    :
U.S. DEPARTMENT OF JUSTICE, *et al.*                :
                                                    :
                            Defendants.             :
                                                    :
------------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

Plaintiffs filed this action on March 27, 2026.  (Doc. 5.)  On July 9, 2026, Magistrate Judge Gary Stein issued an order to show cause by July 16, 2026 why this case should not be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m), as service had not been effectuated and it had been more than 90 days since the complaint was filed.  (Doc. 14; *see also* Fed. R. Civ. P. 4(m) ("If a defendant is not served within 90 days after the complaint is filed, the court-on motion or on its own after notice to the plaintiff-must dismiss the action without prejudice against that defendant or order that service be made within a specified time.")  Plaintiffs failed to file any letter in response.  On July 22, 2026, I issued a further order providing Plaintiffs with an additional week to demonstrate good cause and noting that failure to submit a letter by July 29, 2026 would result in dismissal of this action.  Plaintiffs failed to file any letter in response.  Therefore, this case is hereby dismissed pursuant to Federal Rule of Civil Procedure 4(m).  The Clerk of Court is respectfully directed to terminate this action.

SO ORDERED.

Dated:      August 3, 2026
            New York, New York

                                            Vernon S. Broderick
                                            United States District Judge